JS - 6/ENTER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SOK CHENG,<br><br>    Petitioner,<br><br>    v.<br><br>TERRY NELSON, et al.,<br><br>    Respondent. | Case No. CV 11-8511-TJH (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: February 3, 2012

_____
Terry J. Hatter, Jr.
United States District Judge

