JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOK CHENG,<br><br>    Petitioner,<br><br>    v.<br><br>TERRY NELSON, et al.,<br><br>    Respondent. | Case No. CV 11-8511-TJH (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: February 3, 2012

Terry J. Hatter, Jr.
United States District Judge